UNITED STATES ex rel. WARM v. BELL.

(District Court, E. D. New York. February 27, 1918.)

ARMY AND NAVY &⇒20—SELECTIVE DRAFT ACT—ENEMY ALIENS.

Where an alien Austrian, who had first papers, was certified for military service under Selective Draft Act May 18, 1917, c. 15, 40 Stat. 76, prior to declaration of war with Austria, he is not, as he was subject to the draft at the time certified, entitled to his release on habeas corpus, on the ground that the subsequent declaration of war made him an alien enemy.

Habeas Corpus. Application by the United States, on the relation of Abraham Warm, for writ of habeas corpus against J. Franklin Bell, Commander of the National Army at Camp Upton, N. Y. Writ dismissed, and relator remanded.

Charles Recht, of New York City, for relator.
Melville J. France, U. S. Atty., of Brooklyn, N. Y., opposed.

CHATFIELD, District Judge. This application is for the discharge of an alien born in Austria, who was drafted before the declaration of war with that country, and who took out valid first papers less than seven years ago. He would therefore be in a position to become a citizen of the United States, if his application therefor had been filed before the declaration of war with Austria.

It is evident from the discussion had in the cases previously de-

cided that no wrong is done this man by holding him subject to the effect of the draft, which was legal when he was certified for service. As he holds a declaration of intention, which could be used immediately if peace were declared, the only limitation upon his remaining in the army is that which an act of Congress or presidential regulations might provide. He is not being held subject to the army discipline contrary to law.

The writ must be dismissed, and relator remanded.

Where an alien Austrian, who had first papers, was certified for military service under Selective Draft Act May 18, 1917, c. 15, 40 Stat. 76, prior to the declaration of war with Austria, he is not, as he was subject to the draft at the time certified, entitled to his release on habeas corpus on the ground that the subsequent declaration of war made him an alien enemy.